# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WAYNE EARLEY,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:12-1886** |
| v. | : | (JUDGE MANNION) |
| **GATEHOUSE MEDIA PENNSYLVANIA HOLDINGS, INC.,** | : | |
| **Defendant** | : | |
| | : | |

# **O R D E R**

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the defendant's motion to dismiss the plaintiff's amended complaint, **(Doc. No. 29)**, is **GRANTED**;

**(2)** the plaintiff's amended complaint, **(Doc. No. 28)**, is **DISMISSED with prejudice**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 13, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-1886-02-ORDER.wpd